1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant-Appellant
6  JOHN G. EVANS

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 1:06-CR-00051 OWW
                                  )
12            Plaintiff-Appellee, )   [Mag. No. 6:06-mj-00015 WMW]
                                  )
13       v.                       )   STIPULATION CONTINUING APPELLATE
                                  )   BRIEFING SCHEDULE;  ORDER
14 JOHN G. EVANS,                 )
                                  )
15            Defendant-Appellant.)   Hon. Oliver W. Wanger
                                  )
16 _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the briefing schedule in this matter may be continued as follows:  Appellant's opening brief

20 now due April 20, 2006, shall be filed on or before June 15, 2006, Appellee's brief now due May 11,

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  2006, shall be filed on or before July 6, 2006, and Appellant's Optional Reply Brief shall be due five court
2  days after service of the Appellee's brief.

3                                                              McGREGOR W. SCOTT
                                                               United States Attorney
4

5  DATED: April 20, 2006                          By  /s/  Stanley A. Boone
                                                       STANLEY A. BOONE
6                                                      Assistant United States Attorney
                                                       Counsel for Plaintiff-Appellee
7

8

9                                                              DANIEL J. BRODERICK
                                                               Acting Federal Defender
10

11 DATED: April 20, 2006                          By    /s/  Ann H. Voris
                                                       MELODY M. WALCOTT
12                                                     Assistant Federal Defender
                                                       Counsel for Defendant-Appellant
13                                                     William D. Powell

14

15                                       **ORDER**
   IT IS SO ORDERED.
16
   **Dated:   April 24, 2006**              **/s/ Oliver W. Wanger**
17 emm0d6                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28