McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN G. EVANS,<br><br>        Defendant. | 01: 06-CR-00051 OWW<br><br>ORDER ON THE GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S APPEAL FROM THE MAGISTRATE COURT REGARDING SHACKLING |

IT IS HEREBY ORDERED, that the government may have until September 1, 2006, to respond to the defendant's appeal.

DATED: July 14, 2006        /s/ OLIVER W. WANGER
                            OLIVER W. WANGER
                            U.S. District Court Judge